**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                         Case No. **08-04773**

**NAZARIO TIRADO, HILDA I**                                                 Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **8/18/2008**                                  ☐ AMENDED PLAN DATED: _____
☑ PRE  ☐ POST-CONFIRMATION                       Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **732.00** x **60** = $ **43,920.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **43,920.00**

Additional Payments:
$ **27,000.00** to be paid as a LUMP SUM within **55 months** with proceeds to come from:
☐ Sale of Property identified as follows:

☑ Other:
**FROM SEASONAL INCOME AS SCHEDULED BELOW**

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **70,920.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,564.00**

Signed: **/s/ HILDA I. NAZARIO-TIRADO**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **COOP A/C SABANA**  Cr. _____  Cr. _____
# **6652**  # _____  # _____
$ **5,667.40**  $ _____  $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **INTERNAL REVENUE** Cr. _____  Cr. _____
# **XXX-XX-2441**  # _____  # _____
$ **45,219.37**  $ _____  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**COOP A/C SABANA**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
    ☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
- FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).
-ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.
-PERIODIC LUMP SUMS LISTED IN PAYMENT SCHEDULE CONSIST OF LUMP SUM PAYMENTS FROM SEASONAL INCOME OF $3,000.00 EACH THAT WILL BECOME DUE EACH MONTH OF FEBRUARY AND AUGUST FOR THE DURATION OF THE PLAN.
TRUSTEE WILL PAY IN THE FOLLOWING ORDER:
1- ATTORNEY'S FEES
2. CONCURRENT PAYMENTS ON SECURED CLAIMS (ARREARS COOP A/C SABANA GRANDE AND IRS)
3- CLAIMS ENTITLED TO PRIORITY
4- GENERAL UNSECURED CREDITORS

Attorney for Debtor **Lube & Soto Law Offices, P.S.C.**                              Phone: **(787) 722-0909**

AMENDED CHAPTER 13 PAYMENT PLAN