IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>HILDA I. NAZARIO TIRADO<br><br>Debtor(s) | CASE NUMBER: 08-04773 BKT<br><br>CHAPTER 13 |

**MOTION SUBMITTING AMENDED SCHEDULE G
EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

TO THE HONORABLE COURT:

      Debtors, through the undersigned counsel, respectfully state that they are filing an

Amended Schedule G _to list commercial lease agreement (debtor is lessor) hitherto_

_inadvertently omitted_.

    **WHEREFORE**, debtors respectfully pray that notice is taken of the amendment.

Respectfully submitted in San Juan, Puerto Rico, this August 19, 2008.

**CERTIFICATE OF SERVICE**: I hereby certify that on August 19, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: per attached master list.

                                                                                       _/s/_ ***Teresa M. Lube Capo***
                                                                                       TERESA M. LUBE CAPO, ESQ.
                                                                                       USDC 122205
                                                                                       LUBE & SOTO LAW OFFICES
                                                                                      Attorneys for debtor(s) : José E. Malavé Ledesma and
                                                                                      Maritza Pérez Vázquez
                                                                                      702 UNION STREET, APT. G-1
                                                                                      CONDOMINIO UNIMAR
                                                                                      SAN JUAN, PUERTO RICO 00907-4202
                                                                                      TEL.: 722-0909 FAX: 977-1709
                                                                                      E-MAIL: lubeysoto@yahoo.com

B6G (Official Form 6G) (12/07)

IN RE **NAZARIO TIRADO, HILDA I**          Case No. **08-04773 BKT**
           Debtor(s)                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **MIGUEL NAZARIO NEGRON**<br>**FRANCISCO MARIANO QUINONES 38**<br>**SABANA GRANDE, PR 00637** | **COMMERCIAL LEASE**<br>**$1,300 PER MONTH RENT**<br>**5 YEARS, RENEWED AUGUST 2008** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **NAZARIO TIRADO, HILDA I**
Debtor(s)

Case No. **08-04773 BKT**
(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **18** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 19, 2008**   Signature: **/s/ HILDA I. NAZARIO-TIRADO**
**HILDA I. NAZARIO-TIRADO**
Debtor

Date: _____   Signature: _____
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer

_____
Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____
Signature of Bankruptcy Petition Preparer

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| | | |
|---|---|---|
| NAZARIO TIRADO HILDA I<br>URB MANSIONES<br>C-25 BUZON 82<br>SABANA GRANDE PR  00637 | DEPARTAMENTO DE HACIENDA<br>PO BOX 50074<br>SAN JUAN PR  00902-6274 | MAREL CORPORATION<br>139 AVE FD ROOSEVELT<br>SAN JUAN PR  00918 |
| LUBE & SOTO LAW OFFICES<br>PSC<br>702 CALLE UN APT G1 CONDOMINIO UNIMAR<br>SAN JUAN PR  00907-4202 | DEPARTAMENTO DE JUSTICIA DE PR<br>PO BOX 9020192<br>SAN JUAN PR  00902-0192 | MIDDLE ATLANTIC<br>65TH INFANTERIA STATION<br>PO BOX 29688<br>SAN JUAN PR  00929-9688 |
| AEE - PUERTO RICO ELECTRIC POWER (PREPA)<br>MARIA GORBEA - BANKRUPTCY OFFICE<br>PO BOX 364267<br>SAN JUAN PR  00936-4267 | DEPARTMENT OF THE TREASURY<br>BANKRUPTCY SECTION (424-B)<br>PO BOX 9024140<br>SAN JUAN PR  00902-4140 | MIGUEL NAZARIO NEGRON<br>FRANCISCO MARIANO QUINONES 38<br>SABANA GRANDE PR  00637 |
| ALMACENES DIPINO<br>BOX 7322<br>PONCE PR  00732 | FRIEND SMITH & CO<br>GPO BOX 366206<br>SAN JUAN PR  00936 | MUNICIPIO DE SABANA GRANDE<br>APTDO 356<br>SABANA GRANDE PR  00637 |
| ATLANTIC SUN<br>PO BOX 366331<br>SAN JUAN PR  00936-6331 | GMAC<br>PO BOX 130424<br>ROSEVILLE MN  55113 | NATIONAL COPIER<br>PO BOX 3928<br>BAYAMON PR  00958 |
| BANCO POPULAR DE PR<br>MORTGAGE SERVICES DIVISION<br>PO BOX 71375<br>SAN JUAN PR  00936-8475 | INMAR TRADING<br>PO BOX 51486<br>TOA BAJA PR  00950-1486 | PR DEPARTMENT OF LABOR<br>COLLECTION UNIT 12 FLOOR<br>505 MUNOZ RIVERA AVE<br>SAN JUAN PR  00918 |
| COD NOVELTIES<br>MARGINAL VILLA CAPRI<br>580 NAPOLES<br>RIO PIEDRAS NJ  00924 | INTERNAL REVENUE SERVICE<br>MERCANTIL PLAZA BLDG ROOM 1014<br>2 PONCE DE LEON AVE STOP 27 1/2<br>SAN JUAN PR  00918-1693 | RUBIO IMPORTS<br>PO BOX 3933<br>AGUADILLA PR  00605-3933 |
| COOP A/C SABANA GRANDE<br>PO BOX 434<br>SAN GERMAN PR  00683 | INTERNAL REVENUE SERVICE<br>PO BOX 80110<br>CINCINNATI OH  45280-0110 | SITCO<br>PO BOX 51486<br>TOA BAJA PR  00950-1486 |
| COPIER DEPOT<br>URB SAN IGNACIO<br>1776 CALLE SAN DIEGO<br>SAN JUAN PR  00927-6805 | INTERNAL REVENUE SERVICE<br>PHILADELPHIA PA  19255 | THOMTEX<br>CARR 3 KM 239 BOX 1027<br>ZONA INDUSTRIAL LAS FLORES<br>RIO GRANDE PR  00745-1027 |
| CRIM<br>PO BOX 195387<br>SAN JUAN PR  00919-5387 | JUDITH CAMACHO TORRES<br>URB DELGADO<br>Q-10 AVE JOSE VILLARES<br>CAGUAS PR  00725 | WESTERNBANK<br>PO BOX 1180<br>MAYAGUEZ PR  00681-1180 |

**XEROX CORPORATION**
**CALLE PALMAS K-1 ALTAGRACIA**
**TOA BAJA PR  00949**


**XEROX CORPORATION**
**C/O LCDO MANUEL J GONZALEZ**
**PO BOX 195057**
**SAN JUAN PR  00919-5057**