IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**HILDA I. NAZARIO TIRADO and**

   Debtor.

CASE NO.: **08-04773 (BKT)**

CHAPTER: **13**

**GENERAL MOTORS ACCEPTANCE CORPORATION,**
   Movant.

   v.

**HILDA I. NAZARIO TIRADO and
JOSE RAMON CARRION MORALES, AS TRUSTEE,**
   Respondents.

LIFT OF STAY FOR CAUSE
UNDER 11 USC §362(d)(1)

**MOTION FOR RELIEF OF THE AUTOMATIC STAY UNDER 11 USC §362**

TO THE HONORABLE COURT:

   Comes now secured creditor **GENERAL MOTORS ACCEPTANCE CORPORATION (GMAC)**, and through the undersigned counsels, respectfully states and prays as follows:

   1. This Honorable Court has jurisdiction over the present controversy pursuant to 28 U.S.C. §§157, §1334, and 11 U.S.C.§362.

   2. Debtor owes **GMAC** a secured claim of $3,837.14 as holder of a retail sale installment contract executed on March 14, 2003. Copy of said contract and a statement of amount due are hereby enclosed to form part of this motion as Exhibits A & B.

   3. The object of said contract is a motor vehicle Chevrolet Avalanche, Year 2003, Identification number 3GNEK13T03G121825.

   4. Debtor defaulted the terms and conditions of said contract and at the date of this motion has due and in arrears the total amount of $3,8237.14 for six (6) pre-petition installments, one for $103.69 and five for $732.05 each, plus $73.20 of late charges. The retail installment sales agreement executed by the parties totally matured.

5. Debtor does not provide any treatment for GMAC's secured claim in their proposed Chapter 13 plan.

6. Debtor has failed to provide adequate protection payments to GMAC, and has used GMAC' collateral since August 16, 2007 without making a single payment.

7. Debtor has not provide insurance to protect GMAC's collateral.

8. Debtor's failure to provide for payment of GMAC's secured claim in her Chapter 13 Plan is cause for the lifting of the automatic stay in favor of movant.

9. That debtor's failure to provide adequate protection to secured creditor **GENERAL MOTORS ACCEPTANCE CORPORATION**, in the form of payments and insurance, is also cause for the lifting of the automatic stay in favor of movant.

10. Debtor's' default caused GMAC to file this motion for relief from stay to incur in filing fees for $150.00 and attorney fees for $350.00.

11. An affidavit is hereby included as Exhibit C, stating that Debtor is not in active military duty nor in the military service and does not fall within the Service Member Civil Relief Act of 2003.

WHEREFORE, **GMAC** respectfully requests from the Honorable Court to enter an order lifting the automatic stay in its favor and to award GMAC costs for $150.00 of the filing fees of this action and $350.00 of attorney fees.

RESPECTFULLY SUBMITTED.

-3-

In Trujilló Alto, Puerto Rico this 17th day of October, 2008.

**CORTES LAW OFFICES, PSC**
Attorneys for **GMAC**
PO Box 1486
Trujillo Alto, Puerto Rico 00977-1486
Phone: 787-283-1839
Fax: 787-283-1023

By: _/s/ Eva Margarita Cortés Vazquez_
EVA MARGARITA CORTES VAZQUEZ (208009)

# CONTRATO DE VENTA AL POR MENOR A PLAZOS

**GMAC** — General Motors Acceptance Corporation

Núm. Concesionario: _____ Núm. Contrato: _____

**Comprador (y Co-Comprador) Nombre y Dirección-Incluye Zip Code:**
HILDA I NAZARIO TIRADO
MANSIONES CALLE C-25 #62
SABANA GRANDE, PR 00637

**Acreedor (Vendedor) Nombre y Dirección:**
ALBERIC COLON AUTO SALES INC.
AVE. KENNEDY CARR. #2 KM 2.5 MARGINAL
Ciudad donde se ejecuta el contrato: SAN JUAN, PR

| Nuevo o Usado | Año | Marca y Modelo | Núm. Identificación | Uso para el Cual se Compra |
|---|---|---|---|---|
| NEW | 03 | CHEV SVRL | 3GNEK13T03G121825 | ( ) personal ( ) agrícola ( ) negocio |

## DECLARACIÓN DEL COSTO DEL CRÉDITO AL CONSUMIDOR

| TASA DE PORCIENTO ANUAL | CARGO POR FINANCIAMIENTO | CANTIDAD FINANCIADA | TOTAL DE PAGOS | PRECIO DE VENTA TOTAL |
|---|---|---|---|---|
| 2.9% | $3881.75 | $40041.25 | $43923.00 | $53220.75 |

**Itinerario de Pagos:**

| Número de Plazos | Cantidad de Cada Plazo | Cuándo Vence Cada Plazo | O Como Sigue |
|---|---|---|---|
| 60 | $732.05 | Mensualmente comenzando en | 13 APR 2003 |

## DETALLE DE LA CANTIDAD FINANCIADA

1. Precio de Venta al Contado (Incluyendo accesorios, servicios e impuestos) ........ $47976.00
2. Precio Pago Total- Valor neto del vehículo tomado a cuenta $ _____ N/A
   + Efectivo $ 6297.00 (Describir) REBATE 3000.00 .......... $ 9297.75
3. Balance del Precio al Contado Pendiente de Pago (Diferencia entre partidas 1 y 2) ........ $38678.25
4. Otros Cargos, Incluyendo Certificados Pagadas a Otros para Usted:
   A. Costo total para Seguros Pagados a Compañías de Seguro ........ $ N/A
   B. Cargos Pagados a Agencias del Gobierno:
      1. Impuestos no incluidos en el Precio de Venta al Contado $ -0-
      2. Cargos Gubernamentales para Licencia $ -0-
      3. Cargos Gubernamentales para Registro o Traspaso de Título $ -0-
   C. Otros Cargos (El Vendedor deberá identificar quién recibirá el pago y describir el propósito)
      UNIVERSAL AUTO CARE CONTRATO DE SERVICIO 2,163.00 ........ $2163.00
   TOTAL DE OTROS CARGOS Y CANTIDADES PAGADAS A OTROS PARA USTED ........ $40041.25
5. Balance de Principal-Cantidad Financiada (3+4) ........ $3881.75
6. CARGO POR FINANCIAMIENTO
7. Balance Obtenido (Total de pagos (5+6)) ........ $43923.00

Firma del Comprador: HILDA I NAZARIO TIRADO  Firma del Co-Comprador: _____ 14 MAR 03

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**HILDA I. NAZARIO TIRADO and**

    Debtor.

**GENERAL MOTORS ACCEPTANCE CORPORATION,**
    Movant.

       v.

**HILDA I. NAZARIO TIRADO and
JOSE RAMON CARRION MORALES, AS TRUSTEE,**
    Respondents.

CASE NO.: **08-04773 (BKT)**

CHAPTER: **13**

LIFT OF STAY FOR CAUSE
UNDER 11 USC §362(d)(1)

### STATEMENT OF AMOUNT DUE

| | |
|---|---:|
| 1. Unpaid Principal | $3,763.94 |
| 2. Accrued interest | 0.00 |
| 3. Late charges | 73.20 |
| 4. Attorney fees | 0.00 |
| 5. Unearned interest | 0.00 |
| 6. Other Charges | 0.00 |
| 7. Arrears 1 for $103.69, 6 for $732.05 3/3/08 and 4/3/08 for $331.32 each | 3,763.94 |
| Total balance due | $3,837.14 |

I hereby certify that the above information is correct to my best of knowledge and belief.

    In Trujillo Alto, Puerto Rico, this 17th day of October, 2008.

By: _____
               GMAC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**HILDA I. NAZARIO TIRADO and**

   Debtor.

**GENERAL MOTORS ACCEPTANCE CORPORATION,**
   Movant.

      v.

**HILDA I. NAZARIO TIRADO and**
**JOSE RAMON CARRION MORALES, AS TRUSTEE,**
   Respondents.

CASE NO.: **08-04773 (BKT)**

CHAPTER: **13**

LIFT OF STAY FOR CAUSE
UNDER 11 USC §362(d)(1)

## SWORN STATEMENT UNDER PENALTY OF PERJURY

To the best of our information and belief the debtor is not currently serving on active duty in the Armed Forces of the United States (Army, Navy, Air Force, Marine Corps and Coast Guard) nor in the National Guard, Air National Guard, the commissioned corps of the National Oceanic and Atmospheric Administration nor in the commissioned corps of the Public Health Service (hereinafter referred as "military corps").

As a the certification issued by the Department of Defense Manpower Data Center the debtor is not in active duty in any of the military corps mentioned.

Upon review of the pertinent records and documents on GMAC's computer systems and files none disclosed that Debtor is currently serving on active duty in any military corp.

I declare under penalty of perjury as permitted under section 1746 of title 28, United States Code that the foregoing is true and correct.

Executed in Trujillo Alto, Puerto Rico this 17th of October, 2008.

_____
GMAC