## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>HILDA I. NAZARIO TIRADO<br><br>DEBTOR | **CASE NUM.** 08-04773 BKT<br><br>CHAPTER 13 |

### NOTICE OF FILING AMENDED CHAPTER 13 PLAN
### AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

Debtor, through the undersigned counsel respectfully states and prays as follows:

1. Debtor has filed an amended proposed Chapter 13 Plan dated December 26, 2008 on this date *in order to increase the plan base to pay all creditors provided for by the plan in full*.

WHEREFORE, debtor respectfully requests from the Honorable Court to take notice of the filing of the plan and the same has been served on all creditors and parties in interest.

**NOTICE IS HEREBY GIVEN THAT DEBTOR HAS FILED A PROPOSED AMENDED CHAPTER 13 PLAN DATED December 26, 2008, WHICH MAY BE APPROVED WITHOUT FURTHER NOTICE OR HEARING UNLESS A WRITTEN OBJECTION IS FILED NOT LATER THAN 10 DAYS PRIOR TO THE CONFIRMATION HEARING SCHEDULED TO BE HELD ON January 27, 2009 at 8:30 A.M, at the US POST OFFICE & COURTHOUSE BLDG, 300 RECINTO SUR STREET, FIFTH FLOOR CEREMONIAL COURTROOM, SAN JUAN, PR. (LBR 3015-2 (e).**

Respectfully submitted in San Juan, Puerto Rico, this December 26, 2008.

**CERTIFICATE OF SERVICE**: I hereby certify that on December 26, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties, and I hereby certify that I have mailed by United States Postal Service the document and the amended plan to the following non CM/ECF participants: per attached master list.

*s/ Teresa M. Lube Capo*
TERESA M. LUBE CAPO, ESQ.
USDC 122205
LUBE & SOTO LAW OFFICES
Attorneys for debtor(s) : Hilda I. Nazario Tirado
702 UNION STREET, APT. G-1
CONDOMINIO UNIMAR
SAN JUAN, PUERTO RICO 00907-4202
TEL.: 722-0909 FAX: 977-1709
E-MAIL: lubeysoto@yahoo.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                             Case No. **08-04773 BKT**

**NAZARIO TIRADO, HILDA I**                         Chapter **13**
                     Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **12/26/2008**
☐ PRE ☐ POST-CONFIRMATION      Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **732.00** x **12** = $ **8,784.00**
$ **832.00** x **12** = $ **9,984.00**
$ **932.00** x **12** = $ **11,184.00**
$ **1,032.00** x **12** = $ **12,384.00**
$ **1,132.00** x **12** = $ **13,584.00**

TOTAL: $ **55,920.00**

Additional Payments:
$ **55,400.00** to be paid as a LUMP SUM within **55 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**FROM SEASONAL INCOME AS SCHEDULED BELOW**

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **111,320.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,314.00**

Signed: **/s/ HILDA I. NAZARIO-TIRADO**
           Debtor

_____
           Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **COOP A/C SABANA GRANDE**    Cr. _____    Cr. _____
 # **CL 3 6652**    # _____    # _____
 $ **8,539.00**    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **G.M.A.C.**    Cr. **C.R.I.M.**    Cr. **INTERNAL REVENUE SERVICE**
 # **CL 7 599902280780**    # **CL 13**    # **CL 1 AMD XXX-XX-2441**
 $ **3,837.14**    $ **4,205.89**    $ **45,219.37**
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
 # _____    # _____    # _____
 $ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
 **COOP A/C SABANA GRANDE**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
 # _____    # _____    # _____
 $ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheets**

Attorney for Debtor **Lube & Soto Law Offices, P.S.C.**      Phone: **(787) 722-0909**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE **NAZARIO TIRADO, HILDA I**
Debtor(s)

Case No. **08-04773 BKT**

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **MIGUEL NAZARIO NE** | | |

IN RE **NAZARIO TIRADO, HILDA I**      Case No. **08-04773 BKT**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 2 of 2

- FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

-ATTORNEY'S FEES WILL BE PAID IN FULL AHEAD OF SECURED CREDITORS PER 11 USC 330.
-GMAC WILL BE PAID PRE CONFIRMATION ADEQUATE PROTECTION PAYMENTS OF $200 PER MONTH UNTIL THE CONFIRMATION OF THE PLAN AND THEREAFTER WILL BE PAID THE BALANCE OF THE CLAIM UNTIL PAID IN FULL CONCURRENTLY WITH ATTORNEY'S FEES. DURING THIS PERIOD AND UNTIL THE CLAIM IS PAID IN FULL INSURANCE WILL BE PROVIDED TO THIS CREDITOR THROUGH TRUSTEE APPROVED INSURER.

-PERIODIC LUMP SUMS LISTED IN PAYMENT SCHEDULE CONSIST OF NINE LUMP SUM PAYMENTS FROM SEASONAL INCOME, THE FIRST ONE OF $3,000.00 ON FEBRUARY, 2009 AND THE NEXT EIGHT OF $6,550.00 THEREAFTER THAT WILL BECOME DUE EACH MONTH OF FEBRUARY AND AUGUST FOR THE DURATION OF THE PLAN.
TRUSTEE WILL PAY IN THE FOLLOWING ORDER:

1- ATTORNEY'S FEES CONCURRENTLY WITH GMAC.
2. CONCURRENT PAYMENTS ON SECURED CLAIMS (ARREARS COOP A/C SABANA GRANDE, CRIM - SECURED PORTION OF CLAIM 13, AND INTERNAL REVENUE SERVICE- SECURED PORTION OF CLAIM 1)
3- CLAIMS ENTITLED TO PRIORITY
4- GENERAL UNSECURED CREDITORS

| | | |
|---|---|---|
| **NAZARIO TIRADO HILDA I**<br>URB MANSIONES<br>C-25 BUZON 82<br>SABANA GRANDE PR  00637 | **DEPARTAMENTO DE HACIENDA**<br>PO BOX 50074<br>SAN JUAN PR  00902-6274 | **INTERNAL REVENUE SERVICE**<br>PHILADELPHIA PA  19255 |
| **LUBE & SOTO LAW OFFICES**<br>PSC<br>702 CALLE UN APT G1 CONDOMINIO UNIMAR<br>SAN JUAN PR  00907 | **DEPARTAMENTO DE JUSTICIA DE PR**<br>PO BOX 9020192<br>SAN JUAN PR  00902-0192 | **JUDITH CAMACHO TORRES**<br>URB DELGADO<br>Q-10 AVE JOSE VILLARES<br>CAGUAS PR  00725 |
| **AEE - PUERTO RICO ELECTRIC POWER (PREPA)**<br>MARIA GORBEA - BANKRUPTCY OFFICE<br>PO BOX 364267<br>SAN JUAN PR  00936-4267 | | **MAREL CORPORATION**<br>139 AVE FD ROOSEVELT<br>SAN JUAN PR  00918 |
| **ALMACENES DIPINO**<br>BOX 7322<br>PONCE PR  00732 | **EVA MARGARITA CORTES VAZQUEZ**<br>PO BOX 1486<br>TRUJILLO ALTO PR  00977 | **MIDDLE ATLANTIC**<br>65TH INFANTERIA STATION<br>PO BOX 29688<br>SAN JUAN PR  00929-9688 |
| **ATLANTIC SUN**<br>PO BOX 366331<br>SAN JUAN PR  00936-6331 | **FRIEND SMITH & CO**<br>GPO BOX 366206<br>SAN JUAN PR  00936 | **MIGUEL NAZARIO NEGRON**<br>FRANCISCO MARIANO QUINONES 38<br>SABANA GRANDE PR  00637 |
| **BANCO POPULAR DE PUERTO RICO**<br>C/O MIGDALIA EFFIE GUASP ESQ<br>PO BOX 362708<br>SAN JUAN PR  00936-2708 | **GMAC**<br>PO BOX 130424<br>ROSEVILLE MN  55113 | **MUNICIPIO DE SABANA GRANDE**<br>APTDO 356<br>SABANA GRANDE PR  00637 |
| **CRIM**<br>CARMEN P FIGUEROA ESQ<br>PO BOX 195387<br>SAN JUAN PR  00919-5387 | **GMAC**<br>3301 AIRPORT FWY STE 326<br>BEDFORD TX  76021 | **NATIONAL COPIER**<br>PO BOX 3928<br>BAYAMON PR  00958 |
| **COD NOVELTIES**<br>MARGINAL VILLA CAPRI<br>580 NAPOLES<br>RIO PIEDRAS NJ  00924 | **INMAR TRADING**<br>PO BOX 51486<br>TOA BAJA PR  00950-1486 | **PR DEPARTMENT OF LABOR**<br>COLLECTION UNIT 12 FLOOR<br>505 MUNOZ RIVERA AVE<br>SAN JUAN PR  00918 |
| **COOP A/C SABANA GRANDE**<br>PO BOX 434<br>SAN GERMAN PR  00683 | **INTERNAL REVENUE SERVICE**<br>MERCANTIL PLAZA BLDG ROOM 1014<br>2 PONCE DE LEON AVE STOP 27 1/2<br>SAN JUAN PR  00918-1693 | **RUBIO IMPORTS**<br>PO BOX 3933<br>AGUADILLA PR  00605-3933 |
| **COPIER DEPOT**<br>URB SAN IGNACIO<br>1776 CALLE SAN DIEGO<br>SAN JUAN PR  00927-6805 | **INTERNAL REVENUE SERVICE**<br>PO BOX 80110<br>CINCINNATI OH  45280-0110 | **SITCO**<br>PO BOX 51486<br>TOA BAJA PR  00950-1486 |

**THOMTEX**
**CARR 3 KM 239 BOX 1027**
**ZONA INDUSTRIAL LAS FLORES**
**RIO GRANDE PR  00745-1027**


**UNIVERSAL INSURANCE CO**
**PO BOX 71338**
**SAN JUAN PR  00936-8438**


**WESTERNBANK**
**PO BOX 1180**
**MAYAGUEZ PR  00681-1180**


**XEROX CORPORATION**
**CALLE PALMAS K-1 ALTAGRACIA**
**TOA BAJA PR  00949**


**XEROX CORPORATION**
**C/O LCDO MANUEL J GONZALEZ**
**PO BOX 195057**
**SAN JUAN PR  00919-5057**